IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lee Ann Palm<br>        Michael N. Palm<br><br>                        Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A<br>                        Movant<br>        vs.<br><br>Lee Ann Palm<br>Michael N. Palm<br><br>                Respondent(s) | Case No. 17-20303 CMB<br><br>Chapter 13 |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A FOR Motion to Allow Filing of Claim**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than November 28, 2018 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on Wednesday, December 19, 2018, at 10:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  November 9, 2018

James C. Warmbrodt, Esquire
Attorney for Movant/Applicant
/s/ James C. Warmbrodt
Signature
501 Market Street, Suite 5000, Philadelphia, PA 19152
Address
(412)-430-3594
Telephone Number
42524
Attorney I.D. No.
jwarmbrodt@kmllawgroup.com