IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :          BKCY NO. 17-2030-CMB
Michael N. Palm and                             :
Lee Ann Palm,                                   :          Chapter 13
                                                :
         Debtors.                               :
                                                :

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules,
South Allegheny School District is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the
Bankruptcy Rules, the undersigned requests that all notices and papers specified by the
Rule, and all other notices given or required to be given in this case and all other papers
served or required to be served in this case, be given to and served upon:

Jennifer L. Cerce, Esquire
Lawrence J. Maiello, Esquire
Maiello, Brungo & Maiello, LLP – Tax Division
100 Purity Road, Ste. 3
Pittsburgh, PA 15235
Telephone: (412) 242-4400
Facsimile: (412) 727-1667

The foregoing request includes without limitation, notices of any orders,
pleadings, motions, applications, complaints, demands, hearings, requests or petitions,
disclosure statements, answering of reply papers, memoranda and briefs in support of
any of the foregoing and any other document brought before this Court with respect to
these proceedings, whether formal or informal,  whether written or oral, and whether
transmitted or conveyed by mail, delivery telephone, telegraph, telex or otherwise that
(1) affects or seeks to affect in any way any rights or interest of any creditor or party in
interest in the case with respect to the (a) Debtors, (b) property of the Debtors' estate, or
proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds

214660,18003.0

thereof in the possession, custody or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct.

PLEASE TAKE FURTHER NOTICE that the South Allegheny School District intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) their right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which they may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.

MAIELLO, BRUNGO & MAIELLO, LLP

Dated: <u>December 6, 2018</u>  　　<u>/s/ Jennifer L. Cerce</u>
　　　　　　　　　　　　　　Jennifer L. Cerce, Esquire
　　　　　　　　　　　　　　Pa. I.D. No. 81157
　　　　　　　　　　　　　　424 S. 27th Street, Ste. 210
　　　　　　　　　　　　　　Pittsburgh, PA 15203
　　　　　　　　　　　　　　(412) 242-4400
　　　　　　　　　　　　　　Attorneys for South Allegheny School District

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :
                                                        :          BKCY NO. 17-2030-CMB
Michael N. Palm and                                     :
Lee Ann Palm,                                           :          Chapter 13
                                                        :
                          Debtors.                      :

## DECLARATION IN LIEU OF AFFIDAVIT

I certify that this request supersedes any prior request for Notice by this creditor

that there is no other request to receive Notices for the specified creditor, and that I am

authorized to make this request for Notices on behalf of the named creditor/

MAIELLO, BRUNGO & MAIELLO, LLP

Dated: December 6, 2018          /s/ Jennifer L. Cerce
                                 Jennifer L. Cerce, Esquire
                                 Pa. I.D. No. 81157
                                 424 S. 27th Street, Ste. 210
                                 Pittsburgh, PA 15203
                                 (412) 242-4400
                                 Attorneys for South Allegheny School District

214660,18003.0

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :        BKCY NO. 17-20303-CMB
Michael N. Palm and                       :
Lee Ann Palm,                             :        Chapter 13
                                          :
            Debtors.                      :

## CERTIFICATE OF MAILING OF NOTICE OR OTHER
## DOCUMENT TO PARTIES IN INTEREST

Michael N. Palm
Lee Ann Palm
1337 Beverly Road
McKeesport, PA 15133

Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

MAIELLO, BRUNGO & MAIELLO, LLP

Dated: December 6, 2018          /s/ Jennifer L. Cerce
                                 Jennifer L. Cerce, Esquire
                                 Pa. I.D. No. 81157
                                 424 S. 27th Street, Ste. 210
                                 Pittsburgh, PA 15203
                                 (412) 242-4400
                                 Attorneys for South Allegheny School District

214660,18003.0