# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lee Ann Palm<br>Michael N. Palm<br>Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A<br>Moving Party<br>vs.<br>Lee Ann Palm<br>Michael N. Palm<br>Debtor(s)<br>Ronda J. Winnecour<br>Trustee | NO. 17-20303 CMB<br><br>Related to Doc. No. 34<br><br>**ENTERED BY DEFAULT** |

## ORDER ALLOWING FILING OF CLAIM

AND NOW, this 14th day of December, 2018, upon Motion of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its successors and/or assigns, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

cc:
Lee Ann Palm
1337 Beverly Road
McKeesport, PA 15133

Michael N. Palm
1337 Beverly Road
McKeesport, PA 15133

Shawn N. Wright Esq.
7240 McKnight Road
Pittsburgh, PA 15237

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Pittsburgh, PA 15276

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

FILED
12/14/18 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-20303-CMB
Michael N. Palm                                                                 Chapter 13
Lee Ann Palm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric                Page 1 of 1              Date Rcvd: Dec 14, 2018
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db/jdb         +Michael N. Palm,   Lee Ann Palm,   1337 Beverly Road,   McKeesport, PA 15133-3607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    South Allegheny School District jlc@mbm-law.net
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Joint Debtor Lee Ann Palm shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Debtor Michael N. Palm shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                              TOTAL: 8