**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/23/2021

IN RE:

| | |
|---|---|
| MICHAEL N. PALM<br>LEE ANN PALM<br>1337 BEVERLY ROAD<br>MCKEESPORT, PA 15133<br>XXX-XX-4465         Debtor(s)<br><br>XXX-XX-2370 | Case No. 17-20303 CMB<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/23/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (R/E TAX)\***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:2   INT %: 12.00%<br>Court Claim Number:10<br>CLAIM:  1,007.18<br>COMMENT:  CL10GOV\*383R291;13,15-17\*2500@12%~08-16@TOT/PL\*W/29 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  R291 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA  92806 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:21<br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL@DITECH MTG/PL\*499.84x(60+2)=LMT\*LATE\*NTC-RSV | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1541 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number:4   INT %: 8.13%<br>Court Claim Number:1<br>CLAIM:  8,307.73<br>COMMENT:  CL1GOV/CONF\*8500/PL@K\*PLntK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5967 |
| **SOUTH ALLEGHENY SD (PORT VUE) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIV) - DLNQ C<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:5   INT %: 10.00%<br>Court Claim Number:7<br>CLAIM:  12,669.44<br>COMMENT:  CL7GOV\*22070;03-15\*17k@10%~TOT~03-16/PL\*W/26 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  2070 |
| **QUANTUM3 GROUP - AGENT FOR JH PORTFOLI**<br>PO BOX 788<br>KIRKLAND, WA  98063-0788 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  1,070.99<br>COMMENT:  NO ACCT/SCH\*ALLIANCE\*CITIBANK/NTB\*CHARGE OFF: 9/6/16 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6627 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:19<br>CLAIM:  2,948.71<br>COMMENT:  NO ACCT/SCH\*ALLIANCE\*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5983 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  1,020.33<br>COMMENT:  NO ACCT/SCH\*CARSON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5863 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  UPP AND UPMC MCKEESPORT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  2,115.11<br>COMMENT:  NO ACCT/SCH*FNBM/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4232 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  859.19<br>COMMENT:  NO ACCT/SCH*CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4430 |
| **STEELE CITY AUTO LLC**<br>C/O EASYPAY FINANCE<br>PO BOX 2549<br>CARLSBAD, CA  92018 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  460.81<br>COMMENT:  NO ACCT/SCH*EASYPAY FNC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4465 |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL  32241 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~PAYPAL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  2,183.54<br>COMMENT:  NO ACCT/SCH*CITIBANK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4202 |
| **JEFFERSON REGIONAL MEDICAL SVC**<br>POB 3475<br>TOLEDO, OH  43607-0475 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  502.36<br>COMMENT:  NO ACCT/SCH*SYNCHRONY/R US | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1491 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  1,251.46<br>COMMENT:  NO ACCT/SCH*CITI/HD*CHARGE OFF: 9/20/2016 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8687 |
| **NTB CREDIT PLAN**<br>PO BOX 6403<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  1,040.58<br>COMMENT:  NO ACCT/SCH*PAYPAL*FR COMENITY-DOC 37 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8457 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 441.38<br>COMMENT: NO ACCT/SCH*SYNCHRONY/LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9066 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,639.60<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5206 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 0.00<br>COMMENT: 499.84/PL@DITECH MTG*CL=0*LATE | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1541 |
| **SOUTH ALLEGHENY SD (PORT VUE) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIV) - DLNQ C<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 10,066.24<br>COMMENT: CL7GOV*22070;03-15*NON%*17k@10%~TOT~03-16/PL*W/5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2070 |
| **PORT VUE BORO (RE)**<br>%KEYSTONE CLLCTNS GRP-DLQ CLCT<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 27  INT %: 10.00%<br>Court Claim Number: 8<br>CLAIM: 5,327.02<br>COMMENT: CL8GOV*24585;04-16*NT/SCH-PL*W/28 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4585 |
| **PORT VUE BORO (RE)**<br>%KEYSTONE CLLCTNS GRP-DLQ CLCT<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,511.11<br>COMMENT: CL8GOV*24585;04-16*NON%*NT/SCH-PL*W/27 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4585 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 386.50<br>COMMENT: CL10GOV*383R291;13,15-17*NON%*2500@12%~08-16@TOT/PL*W/2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: R291 |
| **UNIVERSITY OF PITTSBURGH PHYSICIANS**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 143.49<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2370 |

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 678.16<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4465 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 6,988.95<br>COMMENT: NT/SCH*DEFICIENCY BALALNCE*LOAN DATE: 4/28/2003*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1799 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 1,785.63<br>COMMENT: ACCT NT/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3856 |
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br>SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILMINGTON SVNGS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARRINGTON~WILMINGTON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JENNIFER L CERCE ESQ**<br>MAIELLO BRUNGO & MAIELLO LP<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: S ALLEGHENY SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |