IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In Re: | Michael N. Palm<br>Lee Ann Palm | : | Bankruptcy No.  17-20303-CMB | |
| | | : | Chapter 13 | |
| | Debtor(s) | : | | |
| | | : | | |
| | | : | Claim No.  21 | |
| Movant | U.S. Bank Trust National<br>Association | : | | |
| | | : | | |
| | v. | : | | |
| | | : | | |
| Respondent (if none, then "No Respondent") | | : | | |
| | No Respondent | : | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:   U.S. Bank Trust National Association
   Incorrect Address:   C/O Selene Finance, LP
                        9990 Richmond Ave.
                        Suite 400 South
                        Houston  TX  77042

Corrected Address:
   Creditor Name:   U.S. Bank Trust National Association
   Correct Address:   C/O Selene Finance LP
                        Attn: BK Dept
                        3501 Olympus Blvd, Suite 500
                        Dallas, TX 75019

Dated June 6, 2022

/s/ Charles G. Wohlrab
Electronic Signature of Debtor(s)' Attorney

Charles G. Wohlrab, Esq.
Typed Name

10700 Abbott's Bridge Rd, Ste. 170, Duluth, GA  30097
Address

(470) 321-7112 Ext. 257
Phone No.

314532
Bar I.D. and State of Admission

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL N. PALM
1337 BEVERLY ROAD
MCKEESPORT, PA 15133

LEE ANN PALM
1337 BEVERLY ROAD
MCKEESPORT, PA 15133

And via electronic mail to:

SHAWN N. WRIGHT
7240 MCKNIGHT ROAD
PITTSBURGH, PA 15237

*TRUSTEE*
RONDA J. WINNECOUR
USX TOWER, SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219

*U.S. TRUSTEE*
OFFICE OF THE U.S. TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Laura Stewart