**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL N. PALM<br>LEE ANN PALM<br><br>　　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　vs.　Movant<br>SOUTH ALLEGHENY SD (PORT VUE) (RE)<br><br>　　　　　Respondents | Case No. 17-20303CMB<br><br><br>Chapter 13<br><br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

　　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| SOUTH ALLEGHENY SD (PORT VUE) (RE)<br>C/O MBM COLLECTIONS LLC (TAX DIV) -<br>DLNQ CLCTR<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Court claim# 7/Trustee CID# 5 |

The Movant further certifies that on 08/11/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
MICHAEL N. PALM, LEE ANN PALM, 1337 BEVERLY ROAD, MCKEESPORT, PA  15133

DEBTOR'S COUNSEL:
SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA  15237

ORIGINAL CREDITOR:
SOUTH ALLEGHENY SD (PORT VUE) (RE), C/O MBM COLLECTIONS LLC (TAX DIV) - DLNQ CLCTR, FOXPOINT II, 100 PURITY RD STE 3, PITTSBURGH, PA  15235

NEW CREDITOR: