**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                      CASE NO.: 17-20303
                                                                                     CHAPTER 13

**Michael N. Palm,**
   Debtor.

**Lee Ann Palm,**
   Joint Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

                        **Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                        **130 MORRIS RD., SUITE 450**
                        **ALPHARETTA, GA  30004**

                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                      Attorney for Secured Creditor
                                      13010 Morris Rd., Suite 450
                                      Alpharetta, GA  30004
                                      Telephone: 470-321-7112
                                      Facsimile: 404-393-1425

                                      By: \_\S\Michelle L. McGowan, Esq.\_
                                           Michelle L. McGowan, Esq., Esquire
                                           Pennsylvania Bar No. 62414 PA
                                           Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

MICHAEL N. PALM
1337 BEVERLY ROAD
MCKEESPORT, PA 15133

LEE ANN PALM
1337 BEVERLY ROAD
MCKEESPORT, PA 15133

And via electronic mail to:

SHAWN N. WRIGHT
7240 MCKNIGHT ROAD
PITTSBURGH, PA 15237

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER. 1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Angela Gill