**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**

**Michael N. Palm,**

    Debtor,

**Lee Ann Palm,**

    Joint Debtor,

_____/

**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST**
    Secured Creditor,

v.

**Michael N. Palm,**
    Debtor,

**Lee Ann Palm,**
    Joint Debtor,

**Ethel M Palm,**
    Co-Debtor,

**Gilbert A Palm,**
    Co-Debtor,

**Ronda J. Winnecour,**

    Respondents.

_____/

**CHAPTER 13**
**CASE NO.: 17-20303-CMB**

Hearing Date: October 5, 2023
Time: 1:30 P.M
Location: U.S. Bankruptcy Court 5414 U.S Steel Tower 600 Grant Street Pittsburgh, PA 15219

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST FOR RELIEF FROM STAY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

      You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than September 25, 2023 (*i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at [www.pawb.uscourts.gov](www.pawb.uscourts.gov).  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

      You should take this Notice and the Motion to a lawyer at once.

      A hearing will be held on October 5, 2023, at 1:30 p.m., before Judge Carlota M. Bohm in 5414 U.S. Streel Tower, 600 Grant Street Pittsburg PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  09/08/2023

      **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esquire
PA Bar Number 62414
Email: mimcgowan@raslg.com