**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| | **CASE NO.: 17-20303-CMB** |
| **Michael N. Palm,** | |
|     Debtor, | |
| **Lee Ann Palm,** | |
|     Joint Debtor, | |
| _____/ | **Hearing Date: October 5, 2023** |
| | **Time: 1:30 P.M** |
| | **Location: U.S. Bankruptcy** |
| **U.S. BANK TRUST NATIONAL** | **Court 5414 U.S Steel Tower 600** |
| **ASSOCIATION, NOT IN ITS INDIVIDUAL** | **Grant Street Pittsburgh, PA** |
| **CAPACITY BUT SOLELY AS OWNER** | **15219** |
| **TRUSTEE FOR RCF2 ACQUISITION TRUST** | |
|     Movant, | |
| **v.** | |
| **Michael N. Palm,** | |
|     Debtor, | |
| **Lee Ann Palm,** | |
|     Joint Debtor, | |
| **Ethel M Palm,** | |
|     Co-Debtor, | |
| **Gilbert A Palm,** | |
|     Co-Debtor, | |
| **Ronda J. Winnecour,** | |
|     Respondents. | |
| _____/ | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT**
**IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2**
**ACQUISITION TRUST FOR RELIEF FROM STAY AND CO-DEBTOR STAY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than September 28, 2023 (*i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on October 5, 2023, at 1:30 p.m., before Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower , 600 Grant Street Pittsburg PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. The ability to participate remotely is available only at the discretion of the Court. Further, remote participation may be rescinded if a party fails to comply with Court directives. Unless otherwise ordered, remote participants shall utilize Zoom Video Conference ("Zoom"). Anyone connecting via Zoom must comply with Judge Böhm's Modified Zoom Procedures available at the following link: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.    Judge Böhm's hybrid hearings are accessible to hearing participants and the general public via Zoom at the following link: https://www.zoomgov.com/j/16143800191. Alternatively, the following Meeting ID may be used: 161 4380 0191. In the event a hearing is scheduled to be held in the courtroom without a Zoom connection, parties or counsel who are located more than one-hundred (100) miles from the courthouse or have cause to appear via telephone or video connection may be able to participate in **most** non-evidentiary hearings by making appropriate arrangements. Arrangements shall be made by calling the courtroom deputy at least three (3) full business days prior to the scheduled hearing.

Date of Service:  09/11/2023

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/Michelle L. McGowan
Michelle L. McGowan, Esquire
PA Bar Number 62414
Email: mimcgowan@raslg.com