IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 17-20303-cmb |
| Michael N. Palm and Lee Ann Palm, | : | |
| Debtors | : | |
| Michael N. Palm and Lee Ann Palm, | : | Chapter 13 |
| Movant s | : | |
| | : | |
| v. | : | |
| No Respondent | : | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 18, 2017, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

   January 4, 2024                          Attorney for Debtors

   /s/Shawn N. Wright
   Shawn N. Wright, Esquire
   7240 McKnight Road
   Pittsburgh, PA 15237
   (412) 920-6565
   Pa. I.D. No. 64103
   shawn@shawnwrightlaw.com

**PAWB Local Form 24 (07/13)**