# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

**IN RE:**                                                           **CASE NO.: 17-20303-CMB**
                                                                                **CHAPTER 13**

**Michael N. Palm and Lee Ann Palm,**

**Debtors.**

_____ /

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST, ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief From Automatic Stay (Doc.: 72), filed on September 8, 2023.**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             130 Clinton Road, Suite 202,
                                             Fairfield, NJ 07004
                                             Telephone: 470-321-7112

                                             By: /s/Michelle L. McGowan
                                                   Michelle L. McGowan, Esq.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Michael N. Palm
1337 Beverly Road
McKeesport, PA 15133

Lee Ann Palm
1337 Beverly Road
McKeesport, PA 15133

Ethel M Palm
1337 Beverly Road
McKeesport, PA 15133

Gilbert A. Palm
1337 Beverly Road,
McKeesport, PA 15133

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237
412-920-6565

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                                                  By: /s/ Michelle L. McGowan
                                                       Michelle L. McGowan, Esq.
                                                       Email: mimcgowan@raslg.com