# IN THE UNITED STATES BANKRUPTCY COURT
## Pennsylvania Western District

| | |
|---|---|
| In Re:<br><br>Michael N. Palm and Lee Ann Palm<br><br>DEBTORS<br>--------------------------------------------<br>Shawn Wright<br><br>APPLICANT<br><br>vs.<br><br>NO RESPONDENT | 17-20303-cmb<br><br>Chapter 13<br><br>Document No.<br>Hearing Date:<br><br><br>Related to Doc. No. 92<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW this 24th day of January ,2024, the **APPLICATION OF Shawn Wright FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total

amount of **$5,100** for services rendered on behalf of the Debtor for the period between January 2017 through January 5, 2024, which

represents $5,100 attorney fees and $0.00 in costs.

**BY THE COURT:**

_Carlota M. Böhm_

_____  **dmr**
U.S. Bankruptcy Court Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
1/24/24 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-20303-CMB

Michael N. Palm                                                                    Chapter 13

Lee Ann Palm

            Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

**Recip ID                        Recipient Name and Address**
db/jdb                          +  Michael N. Palm, Lee Ann Palm, 1337 Beverly Road, McKeesport, PA 15133-3607

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

**Name                                          Email Address**

Charles Griffin Wohlrab

                            on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon

                            on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association dcarlon@kmllawgroup.com

Denise Carlon

                            on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com

Jeffrey R. Hunt

                            on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce

District/off: 0315-2                            User: auto                                    Page 2 of 2

Date Rcvd: Jan 24, 2024                         Form ID: pdf900                              Total Noticed: 1

on behalf of Creditor South Allegheny School District jlc@mbm-law.net

Michelle L. McGowan

on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

Michelle L. McGowan

on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf2
Acquisition Trust mimcgowan@raslg.com

Michelle L. McGowan

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2
Acquisition Trust c/o U.S. Bank Trust National Association mimcgowan@raslg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Shawn N. Wright

on behalf of Debtor Michael N. Palm shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright

on behalf of Joint Debtor Lee Ann Palm shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 13