**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MICHAEL N. PALM<br>LEE ANN PALM<br>Debtor(s) | Case No.:17-20303<br><br>Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 26, 2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/27/2017 and confirmed on 3/10/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 108,497.00 |
| Less Refunds to Debtor | 499.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 107,997.42 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,100.00 | |
| Trustee Fee | 4,923.81 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,023.81 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE E<br>Acct: 1541 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: R291 | 999.87 | 999.87 | 445.89 | 1,445.76 |
| SOUTH ALLEGHENY SD (PORT VUE) (RE)<br>Acct: 2070 | 12,584.73 | 12,584.73 | 4,558.94 | 17,143.67 |
| SOUTH ALLEGHENY SD (PORT VUE) (RE)<br>Acct: 2070 | 10,029.72 | 10,029.72 | 0.00 | 10,029.72 |
| PORT VUE BOROUGH (RE)<br>Acct: 4585 | 5,327.02 | 5,327.02 | 1,479.02 | 6,806.04 |
| PORT VUE BOROUGH (RE)<br>Acct: 4585 | 2,511.11 | 2,511.11 | 0.00 | 2,511.11 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: R291 | 361.19 | 361.19 | 0.00 | 361.19 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 5967 | 8,307.73 | 8,307.73 | 871.08 | 9,178.81 |
| US BANK TRUST NA - OWNER TRUSTEE E<br>Acct: 4371 | 37,630.00 | 37,630.00 | 12,867.31 | 50,497.31 |
| | | | | 97,973.61 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL N. PALM<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL N. PALM<br>Acct: | 499.58 | 499.58 | 0.00 | 0.00 |
| LAW OFFICE OF SHAWN N WRIGHT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHAWN N WRIGHT ESQ<br>Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| SHAWN N WRIGHT ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX5-24 | 1,100.00 | 1,100.00 | 0.00 | 0.00 |

* * * N O N E * * *

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | LVNV FUNDING LLC, ASSIGNEE<br>Acct: 6627 | 1,070.99 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LL(<br>Acct: 5983 | 2,948.71 | 0.00 | 0.00 | 0.00 |
| | MERRICK BANK<br>Acct: 5863 | 1,020.33 | 0.00 | 0.00 | 0.00 |
| | CBCS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JPMORGAN CHASE BANK NA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC, ASSIGNEE<br>Acct: 4232 | 2,115.11 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC<br>Acct: 4430 | 859.19 | 0.00 | 0.00 | 0.00 |
| | STEELE CITY AUTO LLC<br>Acct: 4465 | 460.81 | 0.00 | 0.00 | 0.00 |
| | ERC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LL(<br>Acct: 4202 | 2,183.54 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC<br>Acct: 1491 | 502.36 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LL(<br>Acct: 8687 | 1,251.46 | 0.00 | 0.00 | 0.00 |
| | NTB CREDIT PLAN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | BILL ME LATER INC A/S/F SYNCHRONY B/<br>Acct: 8457 | 1,040.58 | 0.00 | 0.00 | 0.00 |
| | STATE COLLECTION SERVICE INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | STATE COLLECTION SERVICE INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC<br>Acct: 9066 | 441.38 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 5206 | 1,639.60 | 0.00 | 0.00 | 0.00 |
| | UNIVERSITY OF PITTSBURGH PHYSICIAN<br>Acct: 2370 | 143.49 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY(*)<br>Acct: 4465 | 678.16 | 0.00 | 0.00 | 0.00 |
| | CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 1799 | 6,988.95 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LL(<br>Acct: 3856 | 1,785.63 | 0.00 | 0.00 | 0.00 |
| | BERNSTEIN BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALDRIDGE PITE LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC** (FRMRLY BRIAN C<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JENNIFER L CERCE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON REGIONAL MEDICAL SVC++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 97,973.61

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 77,751.37 |
| UNSECURED | 25,130.29 |

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL N. PALM<br>LEE ANN PALM<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-20303<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this ______________day of _________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-20303-CMB
Michael N. Palm Chapter 13
Lee Ann Palm
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Feb 28, 2024 Form ID: pdf900 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael N. Palm, Lee Ann Palm, 1337 Beverly Road, McKeesport, PA 15133-3607 |
| cr | + | South Allegheny School District, /co Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14355322 | + | County of Allegheny, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14355324 | | Ditech Mortgage, P.O. Box 6172, Rapid City, SD 57709 |
| 14355325 | + | Easy Pay Car Finance, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14355327 | + | FMA Alliance LTD, 11811 North Freeway, Suite 900, Houston, TX 77060-3292 |
| 14355329 | | Jefferson Regional Medical Center, PO Box 3475, Toledo, OH 43607-0475 |
| 14355334 | + | South Allegheny School Dist & Portvue, c/o Kratzenberg, Lazzaro, Lawson, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 29 2024 00:25:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 29 2024 00:26:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 29 2024 00:25:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14355318 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 29 2024 00:25:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 14963664 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 00:25:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14355320 | ^ | MEBN | Feb 29 2024 00:15:09 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14394507 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14355319 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 29 2024 00:28:07 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 14521211 | + | Email/Text: bankruptcy@cavps.com | Feb 29 2024 00:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14395624 | + | Email/Text: ebnjts@grblaw.com | Feb 29 2024 00:25:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14355323 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 29 2024 00:40:00 | Credit One, P.O. Box 98872, Las Vegas, NV |

| | | | | |
|---|---|---|---|---|
| | | | | 89193-8872 |
| 14361840 | | Email/Text: mrdiscen@discover.com | Feb 29 2024 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14519699 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 29 2024 00:26:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14355326 | ^ | MEBN | Feb 29 2024 00:13:58 | ERC, PO Box 1259, Dept. 98696, Oaks, PA 19456-1259 |
| 14355328 | + | Email/Text: bankruptcy@huntington.com | Feb 29 2024 00:26:00 | Huntingdon National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14355321 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 29 2024 00:39:12 | Chase, P.O. Box 15299, Wilmington, DE 19850 |
| 15600729 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 00:27:46 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14381891 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 00:38:50 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14382002 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 29 2024 00:27:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14411531 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 00:26:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14355332 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:27:46 | NTB, P.O. Box 6003, Hagerstown, MD 21747 |
| 14355330 | ^ | MEBN | Feb 29 2024 00:15:06 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14355331 | + | Email/Text: ngisupport@radiusgs.com | Feb 29 2024 00:25:00 | Northland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14638817 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:28:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14355333 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:38:50 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14393656 | + | Email/Text: Bankruptcy@keystonecollects.com | Feb 29 2024 00:25:00 | Port Vue Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14386294 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 00:26:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14355335 | | Email/Text: amieg@stcol.com | Feb 29 2024 00:25:00 | State Collections, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14953511 | + | Email/Text: bncmail@w-legal.com | Feb 29 2024 00:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14393645 | + | Email/Text: Bankruptcy@keystonecollects.com | Feb 29 2024 00:25:00 | South Allegheny School District(Port Vue Borough), c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14355336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:39:30 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14357189 | + | Email/Text: bankruptcy@huntington.com | Feb 29 2024 00:26:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 15628844 | + | Email/Text: RASEBN@raslg.com | Feb 29 2024 00:25:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15453944 | + | Email/Text: bkteam@selenefinance.com | Feb 29 2024 00:25:00 | U.S. Bank Trust National Association, et al., C/O SELENE FINANCE LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

| | | | |
|---|---|---|---|
| 14423170 | Email/Text: BNCnotices@dcmservices.com | Feb 29 2024 00:25:00 | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank Trust National Association, Not In Its I |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor South Allegheny School District jlc@mbm-law.net |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For Rcf2 Acquisition Trust mimcgowan@raslg.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association mimcgowan@raslg.com |
| Office of the United States Trustee | |

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Shawn N. Wright
on behalf of Joint Debtor Lee Ann Palm shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
on behalf of Debtor Michael N. Palm shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 13