IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL N. PALM
LEE ANN PALM
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.: 17-20303

Chapter 13

Document No.: 100

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __16th__ day of __April__, 20__24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/16/24 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20303-CMB |
| Michael N. Palm | Chapter 13 |
| Lee Ann Palm | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael N. Palm, Lee Ann Palm, 1337 Beverly Road, McKeesport, PA 15133-3607 |
| cr | + | South Allegheny School District, /co Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14355322 | + | County of Allegheny, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14355324 | | Ditech Mortgage, P.O. Box 6172, Rapid City, SD 57709 |
| 14355325 | + | Easy Pay Car Finance, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14355327 | + | FMA Alliance LTD, 11811 North Freeway, Suite 900, Houston, TX 77060-3292 |
| 14355329 | | Jefferson Regional Medical Center, PO Box 3475, Toledo, OH 43607-0475 |
| 14355334 | + | South Allegheny School Dist & Portvue, c/o Kratzenberg, Lazzaro, Lawson, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 16 2024 23:51:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 16 2024 23:52:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 16 2024 23:51:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14355318 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 16 2024 23:50:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 14963664 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2024 23:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14355320 | ^ | MEBN | Apr 16 2024 23:38:50 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14394507 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 23:51:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14355319 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2024 23:58:53 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 14521211 | + | Email/Text: bankruptcy@cavps.com | Apr 16 2024 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14395624 | + | Email/Text: ebnjts@grblaw.com | Apr 16 2024 23:51:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14355323 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2024 23:59:35 | Credit One, P.O. Box 98872, Las Vegas, NV |

Case 17-20303-CMB   Doc 106   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | 89193-8872 |
| 14361840 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 16 2024 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14519699 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Apr 16 2024 23:52:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14355326 | ^ | MEBN | | |
| | | | Apr 16 2024 23:37:22 | ERC, PO Box 1259, Dept. 98696, Oaks, PA 19456-1259 |
| 14355328 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Apr 16 2024 23:52:00 | Huntingdon National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14355321 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 17 2024 00:00:29 | Chase, P.O. Box 15299, Wilmington, DE 19850 |
| 15600729 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 16 2024 23:59:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14381891 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 16 2024 23:59:01 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14382002 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Apr 16 2024 23:58:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14411531 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 16 2024 23:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14355332 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 16 2024 23:59:44 | NTB, P.O. Box 6003, Hagerstown, MD 21747 |
| 14355330 | ^ | MEBN | | |
| | | | Apr 16 2024 23:37:20 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14355331 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Apr 16 2024 23:51:00 | Northland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14638817 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 17 2024 00:00:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14355333 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 16 2024 23:59:56 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14393656 | + | Email/Text: Bankruptcy@keystonecollects.com | | |
| | | | Apr 16 2024 23:51:00 | Port Vue Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14386294 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 16 2024 23:51:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14355335 | | Email/Text: amieg@stcol.com | | |
| | | | Apr 16 2024 23:50:00 | State Collections, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14953511 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Apr 16 2024 23:52:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14393645 | + | Email/Text: Bankruptcy@keystonecollects.com | | |
| | | | Apr 16 2024 23:51:00 | South Allegheny School District(Port Vue Borough), c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14355336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 17 2024 00:13:43 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14357189 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Apr 16 2024 23:52:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 15628844 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Apr 16 2024 23:51:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15453944 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Apr 16 2024 23:51:00 | U.S. Bank Trust National Association, et al., C/O SELENE FINANCE LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| 14423170 | Email/Text: BNCnotices@dcmservices.com | | |
|---|---|---|---|
| | | Apr 16 2024 23:51:00 | University of Pittsburgh Physicians, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank Trust National Association, Not In Its I |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor South Allegheny School District jlc@mbm-law.net |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf2 Acquisition Trust mimcgowan@raslg.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 43

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Joint Debtor Lee Ann Palm shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Michael N. Palm shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 13